TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00495-CV

Jarmese L. Morris and Jaromey Roberts, Appellants

v.

Elnora Anderson, Individually, and Tommie Lee Brown, Individually and as

Next Friend of Elnora Anderson, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 94-07785, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Appellants Jarmese L. Morris and Jaromey Roberts move this Court to dismiss
their appeal. We grant the motion. Tex. R. App. P. 42(a)(2).

 The appeal is dismissed. 

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Appellants' Motion

Filed: September 11, 1997

Do Not Publish